IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN PROPERTIES, INC. *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1:22-cv-01506-LKG |
| ACE AMERICAN INSURANCE COMPANY *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate to dismissal of the above-captioned action **with prejudice**, with all parties to pay their own fees and expenses. Accordingly, please mark this case as DISMISSED WITH PREJUDICE and remove all scheduled appearances from this Court's docket.

Respectfully Submitted,

| | |
|---|---|
| ___/s/_____ | _/s/_____ |
| Gabriela Richeimer, Esq. (#15774) | Renee L. Bowen, Esq. (#19623) |
| Brett M. Grindrod, Esq. (#20003) | FRANKLIN & PROKOPIK, P.C. |
| Clyde & Co US LLP | The B&O Building |
| 1775 Pennsylvania Avenue, NW | Two North Charles Street, Suite 600 |
| 4th Floor | Baltimore, Maryland 21201 |
| Washington, DC 20006 | (410) 230-3943 |
| (202) 474-5100 | (410) 752-6868 (fax) |
| (202) 747-5150 (fax) | rbowen@fandpnet.com |
| gaby.richeimer@clydeco.us | *Attorneys for Plaintiffs* |
| brett.grindrod@clydeco.us | |
| *Attorneys for Defendant ACE* | |
| *American Insurance Company* | |

_/s/_____
Linda S. Woolf, Esq. (#08412)
Kamil Ismail, Esq. (#12053)
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202
(410) 783-4000
(410) 783-4040 (fax)
lsw@gdldlaw.com
kxi@gdldlaw.com
*Attorneys for Defendant Travelers Property Casualty Company of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December 2022 a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was served electronically via CM/ECF upon:

Gabriela Richeimer, Esq. (#15774)
Brett M. Grindrod, Esq. (#20003)
Clyde & Co US LLP
1775 Pennsylvania Avenue, NW
4th Floor
Washington, DC 20006
*Attorneys for Defendant ACE American Insurance Company*

Linda S. Woolf, Esq. (#08412)
Kamil Ismail, Esq. (#12053)
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202
*Attorneys for Defendant Travelers Property Casualty Company of America*

James P. Ulwick
Jean Lewis
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
*Attorneys for Intervenor-Defendants*

John D. Shugrue
J. Andrew Moss
Andrew M. Barrios
Reed Smith, LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
*Attorneys for Intervenor-Defendants*

        ___/s/_____
        Renee L. Bowen (#19623)