IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN PROPERTIES, INC. *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1:22-cv-01506-LKG |
| ACE AMERICAN INSURANCE COMPANY *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate to dismissal of the above-captioned action **with prejudice**, with all parties to pay their own fees and expenses. Accordingly, please mark this case as DISMISSED WITH PREJUDICE and remove all scheduled appearances from this Court's docket.

Respectfully Submitted,

 /s/                                                                    /s/                                           
Gabriela Richeimer, Esq. (#15774)           Renee L. Bowen, Esq. (#19623)
Brett M. Grindrod, Esq. (#20003)            FRANKLIN & PROKOPIK, P.C.
Clyde & Co US LLP                                       The B&O Building
1775 Pennsylvania Avenue, NW              Two North Charles Street, Suite 600
4th Floor                                                         Baltimore, Maryland 21201
Washington, DC 20006                              (410) 230-3943
(202) 474-5100                                              (410) 752-6868 (fax)
(202) 747-5150 (fax)                                  rbowen@fandpnet.com
gaby.richeimer@clydeco.us                    *Attorneys for Plaintiffs*
brett.grindrod@clydeco.us
*Attorneys for Defendant ACE*
*American Insurance Company*

 /s/                                           
Linda S. Woolf, Esq. (#08412)                    APPROVED this 4th day of January, 2023.
Kamil Ismail, Esq. (#12053)
Goodell, DeVries, Leech & Dann, LLP      /s Lydia Kay Griggsby          
One South Street, Suite 2000                    LYDIA KAY GRIGGSBY
Baltimore, MD 21202                                 United States District Judge
(410) 783-4000
(410) 783-4040 (fax)
lsw@gdldlaw.com
kxi@gdldlaw.com
*Attorneys for Defendant Travelers Property*
*Casualty Company of America*